**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

FILED & ENTERED

FEB 09 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust    DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>Arturo De La Paz and Graciela Leon De La Paz,<br><br>        Debtors.<br>_____<br>Arturo De La Paz and Graciela Leon De La Paz,<br><br>        Plaintiffs,<br><br>vs.<br><br>BSI Financial Services, Inc.,<br><br>        Defendant. | Case No.: 9:11-13756<br><br>Adversary No: 9:11-01304<br><br>Chapter 13<br><br><br>ORDER DISMISSING ADVERSARY FOR FAILURE TO PROSECUTE<br><br>Date: February 7, 2012<br>Time: 11:00 a.m.<br>Place: 1415 State Street<br>       Courtroom 201<br>       Santa Barbara, CA 93101 |

    The above-captioned adversary proceeding came on for status conference on February 7, 2012, at 11:00 a.m. No appearance was made on plaintiffs' behalf.

    **ACCORDINGLY, IT IS HEREBY ORDERED** this adversary proceeding is dismissed for failure to prosecute.

*Robin Riblet*

DATED: February 9, 2012

United States Bankruptcy Judge

**SERVICE LIST FOR ENTERED ORDER**

Arturo De la Paz
Graciela Leon De La Paz
2123 Cloyne Street
Oxnard, CA 93033

BSI Financial Services, Inc.
314 S Franklin Street
PO Box 517
Titusville, PA 16354

Rebecca Tomilowitz
Colmenares & Tomilowitz
1321 Post Ave, Ste 201
Torrance, CA 90501

Elizabeth F. Rojas
Nobles Professional Center
15060 Ventura Blvd., Ste. 240
Sherman Oaks, CA 91403

U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

U.S. Trustee
128 E. Carrillo Street
Santa Barbara, CA 93101